# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

TIMOTHY PEOPLES, ELIJAH REEDY,  )
MICHAEL NICHOLS, JIMMY  )
WESTBROOK, DEWAYNE RHONE,  )
CHARLES R. GIPSON, CARTIER  )    Case No. 3:16-cv-847
JARVEAUX, PERRY MCDONALD,  )
OLIVER FLORES, SYLVESTER  )    JURY TRIAL DEMANDED
THOMAS, PAUL TORGERSEN, DONALD  )
HASLAM, THOMAS REECE, HENRY  )
LAMBRU, THAVIAN WHITE, DION  )
HOLSTON, EMANUAL STONE, ARNEL  )
MOORE, KEN HOLMES, MARVIN  )
GRANT, ROBERT HAUTALA, HURSHEL  )
DISMUKE, MUHAMMAD HASSAN,  )
SAM REYNOLDS, RUSSELL JOHNSON,  )
GREGORY AUGUST, WINFIELD PAIGE,  )
NORRIS WILLIAMS, THEAUTIS  )
WALKER, PRESTON DAVIS, KEVIN  )
JACKSON, JERRY HAIRSTON, RODNEY  )
MCCOMBS, GEORGE HIGHTOWER,  )
TERENCE HENRY, PERRY WILSON,  )
JEFFREY JACKSON, DAVIE MOORE,  )
NATHANIEL MORGAN, ARON  )
JACKSON, SHAUN SAMAYAH, LYNN  )
MOTLEY, THOMAS CRAWFORD,  )
MICHAEL COX, ANDREW MORAN,  )
RONALD HOLMES, GERONIMO DE LA  )
GARZA, MANSFIEL LANGSTON,  )
ANTONIO ANDERSON, IVEN MILLER,  )
PAUL CHATMON, PAUL NARAINE,  )
JAMES EARL BROWN, KEVIN EABRON,  )
JOHNNIE COREY, VINCENT GILLIAM,  )
CHARLES BILLINGS, JERRY RANDLE,  )
GEORGE MONTERO, MERCHALL  )
GWINN, ALVIN PAYTON, JEROME  )
KING, RICHARD CURRIER JR., GARY  )
WHITE, WILLIAM KINLOCH, RICHARD  )
ADAMS, ERIC MIMS, BRADFORD  )
CORRELL, WESLEY BANKS, ODIES  )
GILLEN, THOMAS FORD, JOSEPH  )
TOUSSAINT, JAMES BROWN, BILLY  )
HARRIS, ROBERT HOLLAND,  )
MOHAMMED RASHID, DONALD  )

1

WALLER, PETER MARTINELLO,                )
RONNIE BRUNDIDGE, DAVID WILLIS,          )
BRYANT WILLIAMS, MICHAEL                 )
CONNELL, TIMOTHY REEVES, KEITH           )
ELLIOTT, WILLIAM ROSS, RODNEY            )
HARRELL, HOWARD GORDON,                  )
VICTOR BRYSON, AL WILSON,                )
GEORGE FIELDS, THOMAS BENNETT,           )
DANNY GOODROAD, STEVEN HOPES,            )
LESTER FREEMAN, THOMAS                   )
JACKSON, RONALD GANT, ERIC               )
ROBERTSON, KEVIN WATKINS, JERRY          )
BACON, DEREK BYNUM, LARRY                )
GERMANY, ERNEST LAMB, KYLE               )
HALL, RONNEY EWELL, LARRY                )
EASON, KENNETH LOFTIN, JERRY             )
WALLACE, KEITH PATTERSON,                )
CHARLES WASHINGTON, JAMES                )
TRIMBLE, CRAWFORD STRADFORD,             )
RONALD CARPENTER, JAMES BLACK,           )
ANTHONY CHAMBERS, STEVEN                  )
CODY, ARTHUR PARKER, TYRONE              )
BROGDON, BRIAN O'NEIL, MIKE              )
WARNER, ELBERT WHITE III,                )
RODERICK BULLOCK, ROY PRINCE,            )
PERCY KIGHT, GEORGE CURRY, JOHN          )
WAGNER, COLLINS KORTOR, ELVIS            )
MCFARLAND, ARTHUR WILLIAM                )
VELLUCCI JR., DARIN BURTON,              )
STEVEN HARPER, LAMONT PERKINS,           )
KENT TATE, HECTOR LOPEZ, LUIS            )
SOLIZ, GARY SMITH, CARL EDWARDS,         )
LEON HILL, STEPHEN BACA, RODNEY          )
WELLINGTON, LOUIS DEFAZIO,               )
ROBERT MARTIN, DEREK BROWN,              )
HUBERT SPIRES, COLIN JONES,              )
CHRISTIAN RICHARD, CHRIS                 )
SHEPHERD, TAYLOR PRICE, WILLIAM          )
BOYKIN, STEPHEN BOWEN, BERNARD           )
MERRIEWETHER, RICHARD SAVAGE,            )
SYLVESTER BROWN, STEVEN                   )
BELLAMY, CRAIG WHITE, CLYDE              )
SALLIE, JAIME RODRIGUEZ, BRENT           )
WOLFBERG, GLENN RAYMUS, TODD             )
ROBUCK, ERIC COE, KARLTON                )

2

LEONARD, RALPH HERNANDEZ,            )
CHARLES DAVENPORT, SAMUEL            )
FINN, JOSEPH JORDAN, SAMMY           )
RICHARDSON, DANNY LAWHORN,           )
ROGER HARTFIELD, RICHARD KATES,      )
MARJO HARRIS, GEORGE JONES,          )
NOEL HOLBROOK, SAMUEL                )
DELGADO, ANDREW SAVOIA, LEE          )
BRISCO, WILLIAM WHITE, ROGER         )
PENN, DAVID PALAZZOLO, BRETT         )
ERVIN, JOSEPH SHELLHAMMER,           )
OSBORNE COOPER, STEPHEN REED,        )
CHANNEY GOODE, JOEL                  )
MOLSBARGER, RICKY RODGERS,           )
KENYA DAWKINS, LENWORTH              )
ROBINSON, HANS WASHINGTON,           )
LEON HENDERSON, DARREN BAKER,        )
CHARLES MURRAY, RUDOLPH              )
GLOVER, ZACHAREY HEMINGWAY,          )
JASON POIRIER, CURTIS STARKS,        )
WILLIAM E. JOHNSON JR., CHARLES      )
KIRBY, ROGER CASTO, ALFRED           )
CLARK, SHERWOOD SOLOMON,             )
JAMES FULLARD, NATHANIEL LOWE,       )
TIMOTHY LYONS, LEON TAYLOR,          )
JAMES PARKER, JOHNNIE GREEN,         )
KEITH KELLUM, JOHN MULLER,           )
ANTHONY DAVY, BUDDY EDWARDS,         )
WILLIE DURHAM, DAVID CORTES,         )
ANTHONY BATTLE, TIMOTHY OWENS,       )
JULIAN LEWIS, RICHARD KRISEL,        )
ANTHONY LLOYD, CLIFFORD MILLER,      )
SAM E. FLOWERS, RANDY DEAL,          )
EUGENE BANKS, JOSEPH DECARO,         )
ROBERT DUNN JR., LEROY               )
BROUGHTON, JAMES CANNON-BEY,         )
RONALD W. MILLKIE, WILFRED           )
MOLINA, JAMES LEWIS, ANTHONY         )
KALLIE, JAVIER RAMOS, REGINALD       )
HOLTZ, LIONEL BAKER, TYRONE          )
ROSS, GREG SMOAK, ROBERT HARRIS,     )
DALE COLEMAN, DARNELL                )
THOMPSON, KENNETH ELLIS, CHRIS       )
HAM, STANLEY JONES, MICHAEL          )
KING, DELBERT KISSINGER, BRUCE       )

BOROWSKI, BRENT WILLIAMS,                    )
LARRY DOTSON                                 )
                                             )
                          Plaintiffs,        )
                                             )
             v.                              )
                                             )
COMBE INCORPORATED; COMBE                    )
PRODUCTS, INC.; COMBE                        )
LABORATORIES, INC.; and                      )
COMBE INTERNATIONAL LTD                      )
                                             )
                          Defendants.        )

---

## NOTICE OF REMOVAL

Defendants Combe Incorporated, Combe Products, Inc., Combe Laboratories, Inc., and Combe International Ltd. (collectively "Defendants" or "Combe"), through its undersigned attorneys, hereby give notice of the removal of this action, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453, to the United States District Court for the Southern District of Illinois from the Circuit Court of St. Clair County, Illinois where it was pending as No. 16-L-0302. The above-captioned case is being removed pursuant to the "mass action" provision of the Class Action Fairness Act ("CAFA"). As grounds for removal, Combe states as follows:

### I.   PARTIES AND NATURE OF THE CASE

1.      This product liability action combines the claims of 245 Plaintiffs from numerous states alleging that they used Combe's Just for Men® hair dye products (herein collectively referred to as "Just For Men®") and allegedly suffered personal injury, namely, various skin reactions. The 245 Plaintiffs each assert strict liability claims for manufacturing defect, design defect, inadequate warning, and nonconformance with representations, as well as claims for negligence and breach of express and implied warranties, and negligent representation and fraud.

4

2.    The same Plaintiffs' counsel has filed thirteen other carbon copy cases in St. Clair County against Combe, each joining well more than 100 Plaintiffs. *See Johnnie Brim, et al. v. Combe Incorporated, et. al.*, Case No. 16-L-0018; *Renoldo Brownlee, et al. v. Combe Incorporated, et. al.*, Case No. 16-L-0015; *Donivan Lasley, et al. v. Combe Incorporated, et. al.*, Case No. 16-L-0016; *Kendrick Lindsey, et al. v. Combe Incorporated, et al.*, Case No. 16-L-0017; *Demarco Martin, et al. v. Combe Incorporated, et al.*, Case No. 16-L-0014; *Christopher McCray, et al. v. Combe Incorporated, et al.*, Case No. 16-L-0117; *Sydney Shamburger, et al. v. Combe Incorporated, et al.*, Case No. 16-L-0118; *Henry Hairston, et al. v. Combe Incorporated, et al*, Case No. 16-L-0239; *Sylvester Washington, et al. v. Combe Incorporated, et al.*, Case No. 16-L-00240; *Pierre Sanders, et al. v. Combe Incorporated, et al.,* Case No. 16-L-0222; *Michael Dwyer et al. v. Combe Incorporated, et al.*, Case No. 16-L-0272; *Felix Brim, et al. v. Combe Incorporated, et al*., Case No. 16-L-299; *William Burke, et al. v. Combe Incorporated, et al*., Case No. 16-L-300.  Combe previously removed these cases to this Court.[1]

3.    Plaintiffs' counsel clearly contemplates mass litigation of these claims.  In St. Clair County alone, Plaintiffs' counsel filed claims for thousands of individuals concerning Just for Men® products across numerous cases.  Although Combe believes these personal injury claims concerning the use of Just For Men® products should be tried individually, based on the complaints filed in state court, these cases belong in federal court as "mass actions" under CAFA.

---

[1] In addition, Plaintiffs' counsel filed six cases in the Circuit Court for the City of St. Louis, Missouri.  *Robert Beene, et al. v. Combe Incorporated, et. al.*, Case No. 1622-CC00058; *Curtis Henderson, et al. v. Combe Incorporated, et. al.,* Case No. 1622-CC00054; *Stan Joseph, et al. v. Combe Incorporated, et. al.,* Case No. 1622-CC00060; *Antony Perkins, et al. v. Combe Incorporated, et. al.,* Case No. 1622-CC00061; *Rickey Shaver, et al. v. Combe Incorporated, et. al.,* Case No. 1622-CC00064; *Thurman Thomas, et al. v. Combe Incorporated, et. al.,* Case No. 1622-CC00056.  Each of those cases have approximately 20 Plaintiffs.

## II.    THIS CASE IS REMOVABLE AS A "MASS ACTION" UNDER CAFA

4.    An action is a removable mass action where it meets the following requirements: (a) the monetary relief claims of 100 or more persons are proposed to be tried jointly on the ground that their claims involve common questions of law or fact; (b) the aggregate amount in controversy exceeds $5 million and the claims of the individual plaintiffs each exceed $75,000; and (c) any plaintiff is a citizen of a state different from any defendant. *See* 28 U.S.C. § 1332(d)(11)(B)(i); 1332(a)(d)(2); and 1332(d)(2)(A); *see also Gilmore v. Bayer Corp.*, No. 09-986-GPM, 2009 WL 4789406 at *2 (S.D. Ill. Dec. 9, 2009).

5.    For reasons that follow, this action satisfies each of the jurisdictional requirements for removal of a mass action.

### A.    It is Proposed that the Claims of More than 100 Persons be Tried Jointly.

6.    The mass action provision provides for federal jurisdiction where the "monetary relief claims of 100 or more persons are proposed to be tried jointly on the grounds that the plaintiffs' claims involve common questions of law or fact."  28 U.S.C. § 1332(d)(11)(B)(i).

7.    Although each Plaintiff's claim will center on individual issues of reliance, product misuse, warnings causation, medical causation, and the like, Plaintiffs' identical allegations concerning product design and warnings meet the bare statutory standard of "involv[ing] common questions of law or fact" given that they each relate to Plaintiffs' use of Combe's Just for Men® hair dye products.[2]

---

[2] Combe in no way concedes any Rule 23 issue, in the event Plaintiffs' counsel seeks to pursue class treatment of alleged economic or other harms concerning use of Just for Men®.  CAFA's "common questions of law or fact" standard necessary for jurisdiction is wholly independent of Rule 23 considerations concerning the appropriateness of class treatment.

8.    It is well established in the Seventh Circuit that where plaintiffs plead claims concerning a common alleged harm, that plaintiffs are necessarily proposing one joint trial for purposes of removal under CAFA.  *See e.g., Bullard v. Burlington N. Santa Fe Ry. Co.*, 535 F.3d 759, 762 (7th Cir. 2008); *accord Koral v. Boeing Co.,* 628 F.3d 945, 947 (7th Cir. 2011).

9.    In *Bullard*, the court held that a complaint joining the claims of 144 plaintiffs for injury allegedly resulting from the design, manufacture, and use of chemicals in a wood-processing plant necessarily satisfied CAFA's "joint trial" requirement.  535 F.3d at 761.  The court rejected plaintiffs' argument that the case should be remanded because the complaint did not expressly allege the claims would be tried together.  *Id.* at 762.  The court affirmed the district court's determination that "one complaint implicitly proposes one trial."  *Id.*; *see also Koral v. Boeing Co.*, 628 F.3d 945, 947 (7th Cir. 2011) ("the proposal [for a joint trial] can be implicit, as where a single complaint joins more than 100 plaintiffs' claims without proposing a joint trial, for the assumption would be that a single trial was intended—one complaint, one trial, is the norm") (citation omitted); *Gilmore*, 2009 WL 4789406 at *3 (finding product liability claims against a drug manufacturer presented common questions sufficient to satisfy CAFA's mass action removal requirements).

10.    Accordingly, the "tried jointly" requirement is satisfied here because the Complaint contains the claims of 245 persons that involve some common questions of law or fact in that all Plaintiffs allege to have used the Just For Men® products.

**B.    The Amount in Controversy Requirement is Satisfied.**

11.    Both the individual $75,000 and aggregate $5,000,000 amount in controversy requirements for mass action removal are satisfied. *See* 28 U.S.C. §§ 1332(a), (d)(2), (d)(11)(B)(i).[3]

12.    First, the Complaint allegations facially demonstrate that the alleged amount in controversy for each individual exceeds $75,000, exclusive of interest and costs.  Each Plaintiff alleges "the amount in controversy exceeds $50,000, exclusive of interests and costs, the jurisdictional minimum of this Court."  (Compl. ¶11).[4]  Plaintiffs further allege that Just for Men® products create a risk of "burns, scarring, allergic reactions, anaphylactic shock, skin depigmentation, and other severe injuries."  (Compl. ¶ 37).  Plaintiffs specifically allege they "suffered a severe reaction to Just for Men® including but not limited to redness, irritation, oozing, sores, blisters, burning, and swelling."  (Compl. ¶¶ 107-596).

13.    Each Plaintiff also claims "severe physical injuries" including "substantial pain, suffering and embarrassment."  (Compl. ¶ 597).  Each Plaintiff claims that they "have incurred significant expenses for medical care and treatment, and will incur such expenses in the future."  *Id.*  They also claim economic loss, and that they "have otherwise been physically, emotionally

---

[3]  Combe does not concede that Plaintiffs are in fact entitled to recover any damages.  *See e.g., Kelderman v. Remington Arms,* 734 F. Supp 1527, 1528 (S.D. Iowa 1990) (rejecting plaintiffs' attempt to "place [a] defendant in the awkward position of embracing a concession on the important issue of damages" to establish jurisdiction).  Rather, Combe merely is stating that the "stakes" in this litigation exceed $75,000 individually and $5,000,000 in the aggregate. *Back Doctors Ltd. v. Metro. Prop. & Cas. Ins. Co.*, 637 F.3d 827, 829 (7th Cir. 2011) (defining CAFA's "amount in controversy" requirement as allowing "the removal of class actions in which the stakes exceed $5 million").

[4]  Plaintiffs' demand for "in excess of" the Illinois courts' $50,000 jurisdictional limit does not limit Plaintiffs' damages to $50,000.  Under both Illinois and federal law, the prayer for relief on a complaint does not limit the relief available.  *BEM I, L.L.C. v. Anthropologie, Inc.*, 301 F.3d 548, 552 (7th Cir. 2002); *see* 735 ILCS 5/2-604.

and economically injured." *Id.* Plaintiffs claim their "injuries and damages are permanent and will continue into the future." *Id.*

14. Given these allegations of serious personal injuries and that Plaintiffs expressly seek unlimited compensatory damages for their injuries, defendants have shown that more than $75,000 is in controversy and it is facially apparent from the complaints that the amount in controversy exceeds the jurisdictional minimum. *See, e.g., Dart Cherokee Basin Operating Co., LLC v. Owens,* 135 S. Ct. 547, 554 (U.S. 2014) ("a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold").

15. *Meridian Sec. Ins. Co. v. Sadowski,* 441 F.3d 536, 541-42 (7th Cir. 2006) ("proponent's estimate of the claim's value must be accepted unless there is 'legal certainty' that the controversy's value is below the threshold') (citations omitted); *see also id.* at 541 ('Whether damages will exceed $75,000 is not a fact but a prediction, and with respect to that subject the court must decide whether to a legal certainty . . . the claim is really for less than the jurisdictional amount.') (internal quotation omitted).

16. In numerous personal injury and product liability actions with alleged injuries similar to or less severe than those alleged here, the Seventh Circuit and courts in this district circuit have found the jurisdictional minimum requirement met. For example, in *Andrews v. E.I. Du Pont De Nemours & Co.,* 447 F.3d 510 (7th Cir. 2006), the Seventh Circuit held that the jurisdictional minimum was satisfied where the complaint alleged "severe and permanent" injuries to plaintiffs' head, ribs, and back and sought damages "in excess of $50,000" for lost earning potential, pain, and past and future medical expenses. *See id.* at 514.[5]

---

[5] *See also, e.g., Sargent v. Cassens Corp.,* No. 06-1042, 2007 WL 1673289, at *9-11 (S.D. Ill. June 7, 2007); *Hill v. Olin Corp.,* No. 07-0054, 2007 WL 1431865, at *3 (S.D. Ill. May 14,

17.    Where liability is established, product liability claims in Illinois state courts likewise typically result in substantially more than $75,000 verdicts.    *See e.g., Blue v. Envtl. Eng'g, Inc.*, 828 N.E.2d 1128, 1135 (Ill. 2005); *Hansen v. Baxter Healthcare Corp.*, 198 Ill. 2d 420, 439 (Ill. 2002); *Proctor v. Upjohn Co.,* 291 Ill. App. 3d 265, 268, 287 (Ill. Ct. App. 1997); *Kochan v. Owens-Corning Fiberglass Corp.,* 242 Ill. App. 3d 781, 787 (5th Dist. 1993).

18.    Second, CAFA provides for district court jurisdiction over a mass action where "the matter in controversy exceeds the sum or value of $5,000,000." 28 U.S.C. § 1332(d)(2); *see id.* § 1332(d)(6) ("In any class action, the claims of the individual class members shall be aggregated to determine whether the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs."); *id.* § 1332(d)(11)(A) (applying § 1332(d)(2) to mass actions).  The aggregate amount of monetary relief sought by all of the Plaintiffs is well in excess of $5 million. As shown above, each Plaintiff has placed more than $75,000 in controversy, meaning that the 245 Plaintiffs seek more than $18.3 million in the aggregate—well over the $5 million statutory measure.  Thus, CAFA's $5 million threshold is plainly met.

**C.    The Minimal Diversity Requirement is Satisfied.**

19.    Mass action removals require "minimal diversity" of citizenship, *i.e.* that at least one plaintiff is not a citizen of the same state as at least one defendant.  *See* 28 U.S.C. § 1332(d)(2)(A); (d)(11)(A).   The minimal diversity requirement for mass action removal is satisfied.

---

2007); *Sandage v. Cottrell, Inc.,* No. 05-0720, 2006 WL 2710647, at *3 (S.D. Ill. Sept. 20, 2006); *Fields v. Jay Henges Enters., Inc.,* No. 06-323, 2006 WL 1875457, at *4-5 (S.D. Ill. June 30, 2006); *see generally McCoy v. Gen. Motors Corp.,* 226 F. Supp. 2d 939, 941 (N.D. Ill. 2002) ("courts have routinely held that when plaintiffs allege serious, permanent injuries and significant medical expenses, it is obvious from the face of the complaint that the plaintiffs' damages exceeded the jurisdictional amount") (collecting cases).

20.     Combe Incorporated is, and at the time of the filing of this action was, a Delaware Corporation with its principal place of business in New York.

21.     Combe Products, Inc. is, and at the time of the filing of this action was, a Puerto Rico Corporation with its principal place of business in Puerto Rico.

22.     Combe Laboratories Inc. is, and at the time of the filing of this action was, an Illinois Corporation with its principal place of business in Illinois.

23.     Combe International, Ltd. is, and at the time of the filing of this action was, a Delaware Corporation with its principal place of business in New York.

24.     As set forth below, Plaintiffs are citizens of numerous states.  Accordingly, minimal diversity is easily established here.  For example, Cartier Jarveux is a citizen of California, (Compl. ¶ 119), and none of the Combe defendants are citizens of California.  Indeed, there is minimal diversity in this lawsuit.

25.     Timothy Peoples is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 107).

26.     Elijah Reedy is, and at the time of the filing of this action was, a citizen of Nevada. (Compl. at ¶ 109).

27.     Michael Nichols is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 111).

28.     Jimmy Westbrook is, and at the time of the filing of this action was, a citizen of Tennessee. (Compl. at ¶ 113).

29.     Dewayne Rhone is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 115).

30.     Charles R. Gipson is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 117).

31.     Cartier Jarveaux is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 119).

32.     Perry McDonald is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 121).

33.     Oliver Flores is, and at the time of the filing of this action was, a citizen of Nevada. (Compl. at ¶ 123).

34.     Sylvester Thomas is, and at the time of the filing of this action was, a citizen of Virginia. (Compl. at ¶ 125).

35.     Paul Torgersen is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 127).

36.     Donald Haslam is, and at the time of the filing of this action was, a citizen of Nevada. (Compl. at ¶ 129).

37.     Thomas Reece is, and at the time of the filing of this action was, a citizen of Oklahoma. (Compl. at ¶ 131).

38.     Henry Lambru is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 133).

39.     Thavian White is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 135).

40.     Dion Holston is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 137).

41.     Emanual Stone is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 139).

42.     Arnel Moore is, and at the time of the filing of this action was, a citizen of Washington. (Compl. at ¶ 141).

43.     Ken Holmes is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 143).

44.     Marvin Grant is, and at the time of the filing of this action was, a citizen of Kansas. (Compl. at ¶ 145).

45.     Robert Hautala is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 147).

46.     Hurshel Dismuke is, and at the time of the filing of this action was, a citizen of Colorado. (Compl. at ¶ 149).

47.     Muhammad Hassan is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 151).

48.     Sam Reynolds is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 153).

49.     Russell Johnson is, and at the time of the filing of this action was, a citizen of Virginia. (Compl. at ¶ 155).

50.     Gregory August is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 157).

51.     Winfield Paige is, and at the time of the filing of this action was, a citizen of Florida. (Compl. at ¶ 159).

52.     Norris Williams is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 161).

53.     Theautis Walker is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 163).

54.     Preston Davis is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 165).

55.     Kevin Jackson is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 167).

56.     Jerry Hairston is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 169).

57.     Rodney McCombs is, and at the time of the filing of this action was, a citizen of Alabama. (Compl. at ¶ 171).

58.     George Hightower is, and at the time of the filing of this action was, a citizen of Alabama. (Compl. at ¶ 173).

59.     Terence Henry is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 175).

60.     Perry Wilson is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 177).

61.     Jeffrey Jackson is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 179).

62.     Davie Moore is, and at the time of the filing of this action was, a citizen of Massachusetts. (Compl. at ¶ 181).

63.     Nathaniel Morgan is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 183).

64.     Aron Jackson is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 185).

65.     Shaun Samayah is, and at the time of the filing of this action was, a citizen of Virginia. (Compl. at ¶ 187).

66.     Lynn Motley is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 189).

67.     Thomas Crawford is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 191).

68.     Michael Cox is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 193).

69.     Andrew Moran is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 195).

70.     Ronald Holmes is, and at the time of the filing of this action was, a citizen of New Jersey. (Compl. at ¶ 197).

71.     Geronimo De la garza is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 199)

72.     Mansfield Langston is, and at the time of the filing of this action was, a citizen of Massachusetts. (Compl. at ¶ 201).

73.     Antonio Anderson is, and at the time of the filing of this action was, a citizen of Tennessee. (Compl. at ¶ 203).

15

74.     Iven Miller is, and at the time of the filing of this action was, a citizen of Tennessee. (Compl. at ¶ 205).

75.     Paul Chatmon is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 207).

76.     Paul Naraine is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 209).

77.     James earl Brown is, and at the time of the filing of this action was, a citizen of Massachusetts. (Compl. at ¶ 211).

78.     Kevin Eabron is, and at the time of the filing of this action was, a citizen of Arkansas. (Compl. at ¶ 213).

79.     Johnnie Corey is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 215).

80.     Vincent Gilliam is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 217).

81.     Charles Billings is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 219).

82.     Jerry Randle is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 221).

83.     George Montero is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 223).

84.     Merchall Gwinn is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 225).

85.     Alvin Payton is, and at the time of the filing of this action was, a citizen of Minnesota. (Compl. at ¶ 227).

86.     Jerome King is, and at the time of the filing of this action was, a citizen of Missouri. (Compl. at ¶ 229).

87.     Richard Currier Jr. is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 231).

88.     Gary White is, and at the time of the filing of this action was, a citizen of Maryland. (Compl. at ¶ 233).

89.     William Kinloch is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 235).

90.     Richard Adams is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 237).

91.     Eric Mims is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 239).

92.     Bradford Correll is, and at the time of the filing of this action was, a citizen of Washington. (Compl. at ¶ 241).

93.     Wesley Banks is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 243).

94.     Odies Gillen is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 245).

95.     Thomas Ford is, and at the time of the filing of this action was, a citizen of District of Columbia. (Compl. at ¶ 247).

96.     Joseph Toussaint is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 249).

97.     James Brown is, and at the time of the filing of this action was, a citizen of Maryland. (Compl. at ¶ 251).

98.     Billy Harris is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 253).

99.     Robert Holland is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 255).

100.    Mohammed Rashid is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 257).

101.    Donald Waller is, and at the time of the filing of this action was, a citizen of Arizona. (Compl. at ¶ 259).

102.    Peter Martinello is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 261).

103.    Ronnie Brundidge is, and at the time of the filing of this action was, a citizen of Alabama. (Compl. at ¶ 263).

104.    David Willis is, and at the time of the filing of this action was, a citizen of Virginia. (Compl. at ¶ 265).

105.    Bryant Williams is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 267).

106.    Michael Connell is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 269).

107.    Timothy Reeves is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 271).

108.    Keith Elliott is, and at the time of the filing of this action was, a citizen of West Virginia. (Compl. at ¶ 273).

109.    William Ross is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 275).

110.    Rodney Harrell is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 277).

111.    Howard Gordon is, and at the time of the filing of this action was, a citizen of Nebraska. (Compl. at ¶ 279).

112.    Victor Bryson is, and at the time of the filing of this action was, a citizen of Nevada. (Compl. at ¶ 281).

113.    Al Wilson is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 283).

114.    George Fields is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 285).

115.    Thomas Bennett is, and at the time of the filing of this action was, a citizen of Massachusetts. (Compl. at ¶ 287).

116.    Danny Goodroad is, and at the time of the filing of this action was, a citizen of Minnesota. (Compl. at ¶ 289).

117.    Steven Hopes is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 291).

118.    Lester Freeman is, and at the time of the filing of this action was, a citizen of Virginia. (Compl. at ¶ 293).

119.    Thomas Jackson is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 295).

120.    Ronald Gant is, and at the time of the filing of this action was, a citizen of Connecticut. (Compl. at ¶ 297).

121.    Eric Robertson is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 299).

122.    Kevin Watkins is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 301).

123.    Jerry Bacon is, and at the time of the filing of this action was, a citizen of Florida. (Compl. at ¶ 303).

124.    Derek Bynum is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 305).

125.    Larry Germany is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 307).

126.    Ernest Lamb is, and at the time of the filing of this action was, a citizen of Indiana. (Compl. at ¶ 309).

127.    Kyle Hall is, and at the time of the filing of this action was, a citizen of New Jersey. (Compl. at ¶ 311).

128.    Ronney Ewell is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 313).

129.    Larry Eason is, and at the time of the filing of this action was, a citizen of Iowa. (Compl. at ¶ 315).

130.    Kenneth Loftin is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 317).

131.    Jerry Wallace is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 319).

132.    Keith Patterson is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 321).

133.    Charles Washington is, and at the time of the filing of this action was, a citizen of Alabama. (Compl. at ¶ 323).

134.    James Trimble is, and at the time of the filing of this action was, a citizen of Indiana. (Compl. at ¶ 325).

135.    Crawford Stradford is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 327).

136.    Ronald Carpenter is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 329).

137.    James Black is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 331).

138.    Anthony Chambers is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 333).

139.    Steven Cody is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 335).

140.    Arthur Parker is, and at the time of the filing of this action was, a citizen of Maryland. (Compl. at ¶ 337).

141.    Tyrone Grogdon is, and at the time of the filing of this action was, a citizen of Maryland. (Compl. at ¶ 339).

142.    Brian O'neil is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 341).

143.    Mike Warner is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 343).

144.    Elbert White III is, and at the time of the filing of this action was, a citizen of Arizona. (Compl. at ¶ 345).

145.    Roderick Bullock is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 347).

146.    Roy Prince is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 349).

147.    Percy Kight is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 351).

148.    George Curry is, and at the time of the filing of this action was, a citizen of Vermont. (Compl. at ¶ 353).

149.    John Wagner is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 355).

150.    Collins Kortor is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 357).

151.    Elvis McFarland is, and at the time of the filing of this action was, a citizen of Massachusetts. (Compl. at ¶ 359).

152.    Arthur William Vellucci Jr. is, and at the time of the filing of this action was, a citizen of Rhone Island. (Compl. at ¶ 361).

153.    Darin Burton is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 363).

154.    Steven Harper is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 365).

155.    Lamont Perkins is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 367).

156.    Kent Tate is, and at the time of the filing of this action was, a citizen of District of Columbia. (Compl. at ¶ 369).

157.    Hector Lopez is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 371).

158.    Luis Soliz is, and at the time of the filing of this action was, a citizen of New Mexico. (Compl. at ¶ 373).

159.    Gary Smith is, and at the time of the filing of this action was, a citizen of Arkansas. (Compl. at ¶ 375).

160.    Carl Edwards is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 377).

161.    Leon Hill is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 379).

162.    Stephen Baca is, and at the time of the filing of this action was, a citizen of New Mexico. (Compl. at ¶ 381).

163.    Rodney Wellington is, and at the time of the filing of this action was, a citizen of Massachusetts. (Compl. at ¶ 383).

164.    Louis Defazio is, and at the time of the filing of this action was, a citizen of Rhone Island. (Compl. at ¶ 385).

165.    Robert Martin is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 387).

166.    Derek Brown is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 389).

167.    Hubert Spires is, and at the time of the filing of this action was, a citizen of Massachusetts. (Compl. at ¶ 391).

168.    Colin Jones is, and at the time of the filing of this action was, a citizen of Vermont. (Compl. at ¶ 393).

169.    Christian Richard is, and at the time of the filing of this action was, a citizen of Massachusetts. (Compl. at ¶ 395).

170.    Chris Shepherd is, and at the time of the filing of this action was, a citizen of Minnesota. (Compl. at ¶ 397).

171.    Taylor Price is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 399).

172.    William Boykin is, and at the time of the filing of this action was, a citizen of Wisconsin. (Compl. at ¶ 401).

173.    Stephen Bowen is, and at the time of the filing of this action was, a citizen of Wisconsin. (Compl. at ¶ 403).

174.    Bernard Merriewether is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 405).

175.    Richard Savage is, and at the time of the filing of this action was, a citizen of Maryland. (Compl. at ¶ 407).

176.    Sylvester Brown is, and at the time of the filing of this action was, a citizen of Tennessee. (Compl. at ¶ 409).

177.    Steven Bellamy is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 411).

178.    Craig White is, and at the time of the filing of this action was, a citizen of Massachusetts. (Compl. at ¶ 413).

179.    Clyde Sallie is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 415).

180.    Jaime Rodriguez is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 417).

181.    Brent Wolfberg is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 419).

182.    Glenn Raymus is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 421).

183.    Todd Robuck is, and at the time of the filing of this action was, a citizen of Florida. (Compl. at ¶ 423).

184.    Eric Coe is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 425).

185.    Karlton Leonard is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 427).

186.    Ralph Hernandez is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 429).

187.    Charles Davenport is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 431).

188.    Samuel Finn is, and at the time of the filing of this action was, a citizen of New Jersey. (Compl. at ¶ 433).

189.    Joseph Jordan is, and at the time of the filing of this action was, a citizen of New Jersey. (Compl. at ¶ 435).

190.    Sammy Richardson is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 437).

191.    Danny Lawhorn is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 439).

192.    Roger Hartfield is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 441).

193.    Richard Kates is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 443).

194.    Marjo Harris is, and at the time of the filing of this action was, a citizen of Colorado. (Compl. at ¶ 445).

195.    George Jones is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 447).

196.    Noel Holbrook is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 449).

197.    Samuel Delgado is, and at the time of the filing of this action was, a citizen of Massachusetts. (Compl. at ¶ 451).

198.    Andrew Savoia is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 453).

199.    Lee Brisco is, and at the time of the filing of this action was, a citizen of Wisconsin. (Compl. at ¶ 455).

200.    William White is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 457).

201.    Roger Penn is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 459).

202.    David Palazzolo is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 461).

203.    Brett Ervin is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 463).

204.    Joseph Shellhammer is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 465).

205.    Osborne Cooper is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 467).

206.    Stephen Reed is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 469).

207.    Channey Goode is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 471).

208.    Joel Molsbarger is, and at the time of the filing of this action was, a citizen of North Dakota. (Compl. at ¶ 473).

209.    Ricky Rodgers is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 475).

210.    Kenya Dawkins is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 477).

211.    Lenworth Robinson is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 479).

212.    Hans Washington is, and at the time of the filing of this action was, a citizen of Virginia. (Compl. at ¶ 481).

213.    Leon Henderson is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 483).

214.    Darren Baker is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 485).

215.    Charles Murray is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 487).

216.    Rudolph Glover is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 489).

217.    Zacharey Hemingway is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 491).

218.    Jason Poirier is, and at the time of the filing of this action was, a citizen of Massachusetts. (Compl. at ¶ 493).

219.    Curtis Starks is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 495).

220.    William e. Johnson Jr. is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 497).

221.    Charles Kirby is, and at the time of the filing of this action was, a citizen of Nevada. (Compl. at ¶ 499).

222.    Roger Casto is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 501).

223.    Alfred Clark is, and at the time of the filing of this action was, a citizen of Oklahoma. (Compl. at ¶ 503).

224.    Sherwood Solomon is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 505).

225.    James Fullard is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 507).

226.    Nathaniel Lowe is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 509).

227.    Timothy Lyons is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 511).

228.    Leon Taylor is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 513).

229.    James Parker is, and at the time of the filing of this action was, a citizen of Massachusetts. (Compl. at ¶ 515).

230.    Johnnie Green is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 517).

231.    Keith Kellum is, and at the time of the filing of this action was, a citizen of Florida. (Compl. at ¶ 519).

232.    John Muller is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 521).

233.    Anthony Davy is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 523).

234.    Buddy Edwards is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 525).

235.    Willie Durham is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 527).

236.    David Cortes is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 529).

237.    Anthony Battle is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 531).

238.    Timothy Owens is, and at the time of the filing of this action was, a citizen of Washington. (Compl. at ¶ 533).

239.    Julian Lewis is, and at the time of the filing of this action was, a citizen of District of Columbia. (Compl. at ¶ 535).

240.    Richard Krisel is, and at the time of the filing of this action was, a citizen of Florida. (Compl. at ¶ 537).

241.    Anthony Lloyd is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 539).

242.    Clifford Miller is, and at the time of the filing of this action was, a citizen of Wisconsin. (Compl. at ¶ 541).

243.    Sam E. Flowers is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 543).

244.    Randy Deal is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 545).

245.    Eugene Banks is, and at the time of the filing of this action was, a citizen of Washington. (Compl. at ¶ 547).

246.    Joseph Decaro is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 549).

247.    Robert Dunn Jr. is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 551).

248.    Leroy Broughton is, and at the time of the filing of this action was, a citizen of Maryland. (Compl. at ¶ 553).

249.    James Cannon-Bey is, and at the time of the filing of this action was, a citizen of Maryland. (Compl. at ¶ 555).

31

250.    Ronald w. Millkie is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 557).

251.    Wilfred Molina is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 559).

252.    James Lewis is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 561).

253.    Anthony Kallie is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 563).

254.    Javier Ramos is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 565).

255.    Reginald Holtz is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 567).

256.    Lionel Baker is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 569).

257.    Tyrone Ross is, and at the time of the filing of this action was, a citizen of Maryland. (Compl. at ¶ 571).

258.    Greg Smoak is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 573).

259.    Robert Harris is, and at the time of the filing of this action was, a citizen of Florida. (Compl. at ¶ 575).

260.    Dale Coleman is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 577).

261.    Darnell Thompson is, and at the time of the filing of this action was, a citizen of Massachusetts. (Compl. at ¶ 579).

262.    Kenneth Ellis is, and at the time of the filing of this action was, a citizen of Massachusetts. (Compl. at ¶ 581).

263.    Chris Ham is, and at the time of the filing of this action was, a citizen of Massachusetts. (Compl. at ¶ 583).

264.    Stanley Jones is, and at the time of the filing of this action was, a citizen of Minnesota. (Compl. at ¶ 585).

265.    Michael King is, and at the time of the filing of this action was, a citizen of Louisiana. (Compl. at ¶ 587).

266.    Delbert Kissinger is, and at the time of the filing of this action was, a citizen of Washington. (Compl. at ¶ 589).

267.    Bruce Borowski is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 591).

268.    Brent Williams is, and at the time of the filing of this action was, a citizen of Virginia. (Compl. at ¶ 593).

269.    Larry Dotson is, and at the time of the filing of this action was, a citizen of Arkansas. (Compl. at ¶ 595).

270.    The forum defendant rule is not applicable to removal of mass actions. 28 U.S.C. § 1453(b).

## III.    THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

271.    Combe timely filed this Notice of Removal within 30 days of service of the Complaint.  Combe was served on June 30, 2016.  Therefore, removal is timely pursuant to 28 U.S.C. § 1446(b).

272.    The United States District Court for the Southern District of Illinois embraces St. Clair County, where the state court complaints were initially filed, and therefore removal to this Court is proper.  28 U.S.C. §§ 93(c), 1441(a).

273.    All process, pleadings, and orders served on Combe are attached as Exhibit A.

274.    Pursuant to 28 U.S.C. § 1446(d), Combe is serving copies of this Notice on plaintiffs' counsel and filing a copy of this Notice with the Clerk of the Circuit Court of St. Clair County, Illinois.

## IV.    NO CAFA EXCEPTION APPLIES.

275.    Because Combe has demonstrated that this Court has jurisdiction under CAFA, plaintiffs bear the burden to prove any exception to jurisdiction.  *Hart v. FedEx Ground Package Sys. Inc.*, 457 F.3d 675, 681 (7th Cir. 2006) (holding plaintiff bears burden to establish to establish local controversy or other exceptions to CAFA jurisdiction).  No exception set forth in 28 U.S.C. § 1332(d)(11)(B)(ii) applies.

276.    First, Plaintiffs are citizens of states from across the country.  They do not contend that all of their alleged injuries occurred in Illinois or adjacent states.  *See* 28 U.S.C. § 1332(d)(11)(B)(ii)(I).  To the contrary, this nationwide mass action involves alleged injuries from across the country.

277.    Second, Plaintiffs joined their claims by filing one Complaint.  Defendants have not moved to join these claims.  *See* 28 U.S.C. § 1332(d)(11)(B)(ii)(II).

278.    Third, the claims in this action are not alleged on behalf of the general public "pursuant to a State statute specifically authorizing such action." *See* 28 U.S.C. § 1332(d)(11)(B)(ii)(III).

279.    Fourth, by filing one Complaint, Plaintiffs did not consolidate their claims only for pre-trial purposes. *See supra* IIA.

280.    Finally, jurisdiction is mandatory under CAFA; not discretionary. Less than one third of plaintiffs are citizens of Illinois making the local controversy exception set forth in 28 U.S.C. § 1332(d)(4) inapplicable.

WHEREFORE, Defendants Combe Incorporated, Combe Products, Inc., Combe Laboratories, Inc., and Combe International, Ltd. ("Combe") respectfully remove this action pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453 from the Circuit Court of St. Clair County, Illinois to the United States District Court for the Southern District of Illinois.

Respectfully submitted,

BRYAN CAVE LLP

By: */s/ Stephen G. Strauss*
  Dan H. Ball, IL #6192613
  Stephen G. Strauss, IL #6278807
  Stefan A. Mallen, IL # 6279262
  211 North Broadway, Suite 3600
  St. Louis, MO  63102-2750
  Telephone:  (314) 259-2000
  Facsimile:  (314) 259-2020
  dhball@bryancave.com
  sgstrauss@bryancave.com
  samallen@bryancave.com

  *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2016, a copy of the foregoing was served via U.S. mail, first-class postage prepaid, to the following counsel and filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record:

Kristine K. Kraft
SCHLICHTER, BOGARD & DENTON, LLP
100 South 4th Street, Suite 1200
St. Louis, MO 63102

Richard W. Schulte
WRIGHT & SCHULTE, LLC
865 S. Dixie Drive
Vandalia, Ohio 45377

*Attorneys for Plaintiffs*

*/s/ Stephen G. Strauss*